| POLICY TITLE: Required Training | | PAGE 1 OF 4 |
|---|---|---|
| POLICY NUMBER: 3.2 | | |
| CHAPTER: 3 Training | | |
| [Seal of Somerset County Maine 1809] | SOMERSET COUNTY, SOMERSET COUNTY JAIL<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Sheriff<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Jail Administrator | ACA STANDARDS:<br>7B-10, 10-1, 11, 12, 13, 14, 15, 16<br>MSJ STANDARDS:<br>B 2, B.3, B.6, B.8, B.9, B.10, B.11, B.12 |
| EFFECTIVE DATE:<br>10/1/2008 | LATEST REVISION: | CHECK ONLY IF APA [ ] |

**AUTHORITY:** Pursuant to M.R.S.A. 30-A, Section 1501, the Sheriff adopts this policy for Somerset County Jail.

**CONTENTS:**
- A    Training Guidelines
- B    Orientation
- C    Basic Training
- D    Training Requirements
- E    In-Service and Supplemental Training

**POLICY:** Training is essential to establish consistency between staff, shifts, departments, and the facility as a whole. The Staff Development Specialist maintains a training program that meets the need of individual staff members and Somerset County Jail Training program is based on and consistent with policies, procedures, DOC standards, and ACA standards.

**PROCEDURE:**

**A    Training Guidelines**

1. The following guidelines apply to all training in which SCJ staff participates

    a. TRAINING DUTY: Training is a duty assignment, just like any other workday. Guidelines are designed to promote a positive learning atmosphere, free from unnecessary distractions. Staff with questions regarding classroom behavior or training requirements are required to ask their supervisor or the Staff Development Specialist.

    b. ABSENCES FROM CLASS AND TARDINESS. If a staff member must miss class for an emergency, he/she may be excused only with permission of the Correctional Administrator, Assistant Correctional Administrator, or Staff Development Specialist. Staff is required to make-up each hour of instruction missed Being late to class is treated the same as being late for work.

    c. CLASS PARTICIPATION AND PREPAREDNESS: Training is presented for the employee's benefit. Employees are expected to come prepared for the course and participate to obtain the maximum benefit.

d.  DRESS AND PERSONAL APPEARANCE: Information regarding appropriate attire for classes will be provided by the Staff Development Specialist on the Training Schedule. Unless otherwise noted, the dress code is **complete duty uniform**. Unless specified for the course of instruction, sweatpants are prohibited. Staff must use professional discretion.

e   CONDUCT AND CLASSROOM REGULATIONS: Staff will conduct themselves in a professional manner at all times. Somerset County Jail policies and procedures concerning conduct and ethics are strictly enforced. Snack food is allowed at the discretion of the instructor. Beverages are normally permitted. Outside reading material not connected with training is prohibited. Unless specifically authorized or invited, family members, significant others and children are prohibited from attending departmental training.

f.  FIREARMS: Firearms are prohibited during training sessions at SCJ and other locations designated by the Training Department, unless they are required for the course of instruction. When training, staff must leave weapons at home, in their vehicle, or in a gun locker, if one is available.

g.  TELEPHONE AND MESSAGES  Messages will be passed at breaks only. Emergency messages are sent through the SCJ Administrative Office. The telephones provided in the break room, locker rooms and gym can be used during designated breaks for personal calls. Cell phones will be turned off during class.

h.  CLASSROOM CONTROL: When providing instruction, the instructor has control of the class, regardless of the students' normal rank or position. While it is expected that the majority of students will behave responsibly and professionally, instructors may expel participants for unruly, disrespectful, or disruptive behavior or comments   Students expelled from class lose any compensation for the remainder of that day and are subject to disciplinary action.

i.  BREAKS  Breaks are authorized by the instructor at regular intervals  The amount of time allotted for the break is at the discretion of the instructor  Staff must return from the breaks on time, in order to reduce disruptions from people returning late

### B.  Orientation

1   An initial Orientation is provided to all new full-time, part-time, civilian, volunteer, and contractual employees. Orientation training will comply with Maine State and American Correctional Association standards and include at a minimum. (B.2) (7B- 07, 08, 09, 13)

   a.  An overview of organizational structure;
   b.  Tour of the facility;
   c.  Overview of security practices;
   d.  Emergency evacuation plans;
   e.  Review of inmate rules and regulations.

2.  Topics of orientation training will be documented in the individual employees' personnel file.

3.  Orientation is different from training because it acquaints employees with the setting in which they will be working but does not necessarily address the knowledge, skills, and abilities needed to perform assigned duties

Somerset County Jail Policy and Procedure 3.2. Required Training

1225

## C. Basic Training

1. Full and Part-time Corrections Officers are required to attend entry-level basic training prior to working assigned posts. Entry-level training will consist of a minimum of 120 hours of instruction. Corrections Officers will complete a minimum of 160 hours (total) training within the first year of employment. (B.3&4)

2. Correctional Officers are required to obtain certification that meets the standards of the Maine Criminal Justice Academy within one year of employment.
   a. Entry level Basic Training will meet all requirements of the Maine Criminal Justice Academy and American Correctional Association standards. (7B-10) (B-4)

3. Employees required to acquire and maintain certifications for their job description will receive certification during basic training, and recertification as recommended by professional, ACA and Maine State Standards, some examples are: (B.11) (B 10)
   a. Corrections Officer Certification
   b. Adult Cardiopulmonary resuscitation
   c. First Aid

4. Employees authorized to use firearms receive training prior to being assigned to a post involving the possible use of firearms. Correctional Officers authorized to use firearms will receive training and qualify at least annually to demonstrate competency in their use. (7B-14) (B 8)

5. Employees authorized to use less lethal munitions receive training in their use that, at a minimum, meets the manufacturer's recommendations  Less lethal munitions include any launched or hand thrown projectiles, electrical devices, or any other devices authorized by the Correctional Administrator. Training will include in the case of chemical and electrical devices training in the treatment of individuals exposed or affected (B.9, 7B-15)

6  Employees authorized in the use of chemical agents receive training in their use, handling, and treatment of individuals exposed to a chemical agent. (B.9) (7B-15)

7. Corrections Officers are trained in unarmed self-defense and in the use of force continuum to protect inmates, other staff, themselves, and to contain out of control inmates. (7B-16)

## D. Training Requirements

1  Training provided to employees of Somerset County Jail will meet minimum standards set by the Maine Criminal Justice Academy and American Correctional Association. (B.4)

2. Professional and support employees, including contractors who have direct contact with inmates, receive a minimum of 40 hours training prior to being assigned to an inmate contact position. Forty hours of annual training is provided each year of employment. At a minimum, this training covers the following areas:
   a. security and safety procedures and regulations
   b. emergency and fire procedures
   c. supervision of inmates
   d. suicide intervention/prevention
   e. use-of-force

    f.   inmate rights
    g.  inmate rules and regulations
    h.  key control
    i.   interpersonal relations
    j.   communication skills
    k    standards of conduct/ethics
    l    cultural awareness
    m.  sexual abuse/assault intervention
    n.   code of ethics
Additional topics may be added at the discretion of the agency or facility. (7B-08)

3. Facility Management and Supervisory Staff receive a minimum of 40-hours of Management and Supervisory training during the first year and a minimum of 24-hours of Management training per year following. At a minimum first year training should include:

    a. Supervisory Leadership Skills.
    b. Correctional Law (As it pertains to supervisors)
    c. Principles of Organization and Management.
    d. Supervisory Skills.
    e  Personnel Supervision.
    f. Employee Discipline and Counseling
    g. Supervisory responsibility in monitoring operational practices to ensure compliance with policies, procedures and standards.
    h. Completing employee evaluations. (7B-11) (B.6)

4. All correctional officers will receive annual training in inmate suicide prevention  Training will include at a minimum: suicide risk factors, suicide prevention, and facility suicide procedures and intervention practices. Suicide training will be reviewed and approved by a qualified medical or mental health professional. (B.12)

5. All new correctional officers receive at least 40 hours of annual training. This training shall include at a minimum the following areas:
    a. standards of conduct/ethics
    b. security/safety/fire/medical/emergency procedures
    c. supervision of offenders including raining on sexual abuse and assault
    d. use of force
    Additional topics shall be included based upon a needs assessment of both staff and institution requirements (7B-10-1)

6. Corrections Officers assigned to the Correctional Emergency Response Team (C E.R.T.) will have a minimum of one-year experience as a Corrections Officer and 40-hours of specialized training prior to undertaking their assignments. Corrections Officers assigned to C.E.R.T. receive 40-hours of training annually; at least 16-hours are specifically related to C.E.R.T. assignments. (7B-12)

7. Clerical and Support employees who have minimal contact with inmates receive at least 16-hours of training during their first year of employment. There are 16-hours of additional training each subsequent year of employment.(7B-07)

### E. In-Service and Supplemental Training

1. The Staff Development Specialist is responsible for the schedule of in-service and supplemental training.

2. The Staff Development Specialist maintains a schedule of in-service training, and posts the schedule inside the Training Room. The Training Department works with local Correctional Institutions, Law Enforcement agencies, the Maine Criminal Justice Academy, and the National Institute of Corrections in developing the in-service training schedule.

3. Roll Call/Supplemental training is offered to supplement in-service and basic courses and as an update to current issues and changes in the corrections field, law enforcement, or legal issues

4. Clerical and Support staff receive 16-hours of annual training; 8 hours must be in-service.

5. Professional and contract employees receive 40-hours of annual training; 20 hours must be in-service.

6. Correctional Officers receive a minimum of 40-hours of annual training; 30 hours must be in-service.

7. Facility Supervisory and Administrative staff receive 24-hours of annual training; 8 hours must be in-service

8. C.E.R.T members receive 40-hours of annual training; 16-hours must be C.E.R T. related emergency training.

9. Employees who attend training away from the facility are required to provide certification / certificates earned upon completion of training

10. Employees required to successfully demonstrate their ability to pass physical standards will do so every two years. SCJ will aid staff in meeting physical standards by providing a fitness room, and assisting them in developing a personal fitness routine.

11. Personnel authorized to use firearms must receive in-service training and prove competency in their use annually.

12. Requests for required training are not necessary. Requests for voluntary in-service training will be handled in the following manner:
    a. A completed Request for Training form (Form 3 2E) will be submitted to the Staff Development Specialist.
    b. The Staff Development Specialist will review the request to determine need, cost, eligibility, and availability of training.
    c. Upon completion of review, the Staff Development Specialist may confer with the individual's Supervisor for further determination.
    d. The Staff Development Specialist forwards a completed Request for Training form with written recommendations to the Assistant Correctional Administrator or Correctional Administrator for final approval.
    e. The Correctional Administrator or Assistant Correctional Administrator will return the request to the Staff Development Specialist with their approval or denial within seven business days.

**F.   Specialized Training**

1. Corrections Officers can submit a completed Request for Training form to the Staff Development Specialist requesting specialized training, (Form 3.2.E). Specialized training is granted based on facility need, class availability, and expense   Approval is granted by the Staff Development Specialist, the Assistant Correctional Administrator, or Correctional Administrator

2. The Training Department maintains a list of specialized training courses, or staff can bring classes to the attention of the Staff Development Specialist

3. Employees who attend Specialized Training are responsible to provide copies of any certificates earned and a course evaluation (Form 3.1.D) to the Staff Development Specialist to be placed in their file.