| POLICY TITLE: Special Management Prisoners | | PAGE 1 OF 4 |
|---|---|---|
| POLICY NUMBER: 7.1 | | |
| CHAPTER: Special Management Prisoners | | |
| [Somerset County Seal] | SOMERSET COUNTY, SOMERSET COUNTY JAIL<br><br>Approved by: ----Original Signed----------<br>Signature of Sheriff<br><br>Approved by: ----Original Signed----------<br>Signature of Jail Administrator | ACA STANDARDS:<br>2A-45, 51& 64; 4C-33<br>MSJ STANDARDS:<br>I.05, J.3 - J.9 |
| EFFECTIVE DATE:<br>10-1-08 | LATEST REVISION:<br>8-23-13 | CHECK ONLY IF APA [   ] |

**AUTHORITY:** Pursuant to M.R.S.A. 30-A, Section 1501, the Sheriff adopts this policy for Somerset County Jail.

**CONTENTS:**  A   Treatment of Special Management Inmates
B   Supervision of Special Management Inmates

**POLICY:** The Somerset County Jail operates a special management housing unit in order to preserve the safety, security, and orderly running of the facility.

**PROCEDURE:**

**A   Treatment of Special Management Inmates (J.03)**

1. Unless specifically addressed in an applicable policy or alternative procedures are necessitated by inmate behavior, staff will adhere to the following procedures in dealing with Special Management Inmates.

2. Cells used for segregation will be as large as any other general population cell in the facility.
   a. The cell will be clean, well lighted, and have adequate heat and ventilation.
   b. The cell will have a toilet, water for drinking and washing, and bedding.(2A-51)

3. The Classification Department will classify inmates with a special management classification whose behavior presents a serious threat to the safety and security of the facility, the inmate, the staff or the general inmate population, and/or where special handling and/or housing is required to regulate the inmate's behavior.  Special management classifications include:
   a. Administrative segregation
   b. Disciplinary segregation
   c. Protective Custody
   d. Medical
   e. Mental Health
   f. Maximum Custody
   g. Orientation

4. Mental Health inmates will be granted dayroom privileges as recommended by the Mental Health Professional.

5. Except in emergencies, segregated inmates (administrative and disciplinary) will be housed in single-occupancy cells.

6. Maximum security and segregated inmates will not be allowed physical contact with other inmates in the housing unit dayrooms or recreation area.

7. Special management inmates may be housed in a single-occupancy cell, as determined by Classification staff, for the following reasons:
   a. Maximum and close custody
   b. Severe medical disabilities
   c. Serious mental illness
   d. Sexual predators
   e. Likely to be exploited or victimized by others
   f. Other special needs requiring single-occupancy housing

8. Housing an inmate in an unequipped or specially equipped cell will only occur when it is necessary to prevent suicide or other self-destructive acts, injury to others, or to prevent damage to a cell, its furnishings, or equipment.

9. Special Management Inmates will receive commissary according to Policy 15.5 Commissary.(2A-56)

10. Inmates in special management housing will receive normal facility meals unless the inmate uses food or food service equipment in a manner that is hazardous to self, staff, or other inmates, for which an alternative meal, meeting basic nutritional requirements, will be provided. The Correctional Administrator or Assistant Correctional Administrator, or, in their absence, the Shift Commander and the Health Authority will provide written authorization for such meals. The Shift Commander will notify the Kitchen Manager each morning of alternative meals to be served. The Correctional Administrator and Assistant Correctional Administrator will be notified by telephone and provided with incident reports as soon as practical. Alternative meals will not continue more than seven days. Alternative meal service may include:

    a. Serving an alternative bagged meal
    b. Serving SCJ Loaf on a paper towel

    Alternative meals will cycle from regular meal to Bag meal to SCJ Loaf as the individual's behavior dictate. In no case will an inmate remain on alternative meal service for more than 7 days from the start (bagged meal). (J.4, 2A-59)

11. All inmates may be allowed to have the opportunity to shower no less than 3 times per week, and will be provided hygiene items if needed. Showers will primarily be given on the day shift, except where exceptions would require the evening shift to continue this task until completed. (J.6, 2A-57)

    a. Inmates will be allowed to have solid soap and solid deodorant in their cells. All other hygiene items, creams, and ointments will be provided on an as needed basis in single use quantities. This is to limit inmates ability to use these items to interfere with pod operations and to damage their cell fixtures.

12. Special management inmates will be dressed in normal inmate clothing, orange or yellow in color as applicable, except when an inmate is so seriously disturbed that s/he is likely to destroy clothing or bedding, attempts or is likely to attempt self injury or creates a disturbance that would be seriously

detrimental to the inmates safety. Special clothing and bedding designed to prevent suicide/self harm is provided as a substitute for regular clothing and bedding. Anything that could be used for self-destruction shall be removed from a self-destructive or suicide-prone inmate. (J.5, 2A-56,2A-57,4C-33)

13. All inmates in special management units will have the opportunity to shave at least three times per week. See Policy 9.3, Razors / Nail Clippers. (2A-57)

14. Barbering and hair care service will be offered on the same schedule as General Population.(2A-57)

15. Each inmate will receive at a minimum a daily visit by licensed health care staff. The Sick Call/Medication Distribution will be announce to the unit by the Pod Officer and logged. At the completion of the Sick Call/Medication Distribution the health care staff will complete an entry in the unit log. The Shift Commander will notify the medical provider of any inmate placed in segregation in order to provide assessment as indicated in the medical providers' protocol. The health authority will determine the frequency of physician visits to segregation units.(2A-45, 2A-56)

16. Inmates will have the same access to reading and legal materials as the general population unless possession of such would pose a serious risk of self-injury or a threat to staff.(J.7., 2A-62, 2A-63)

17. Inmates in special management will have opportunities for non-contact visitation as stated on the daily schedule unless there is reason for withholding the visit, which will be documented in an Incident Report to the Jail Administrator, or as a result of disciplinary action. See Policy 14.2, Intake/Special Management Inmates. (J.8, 2A-61)

18. Special management inmates participate in exercise in accordance with Policy 15.6, Recreation Programming as follows unless there are documented safety/security considerations :
    a. Maximum Security and Disciplinary Segregation: one hour exercise per day outside their cells, five days per week;
    b. Administrative segregation and Protective Custody will receive one hour exercise per day outside their cell five days per week;
    c. Medical unit: Inmates incarcerated in the Medical Unit will receive recreation as recommended by the Medical Care Provider. (J.7, 2A-64)

19. Special management inmates use the telephone according to Policy 14.3, Access to Telephones and get a minimum of 1 phone call per week.

20. Special management inmates receive opportunities for outgoing and incoming mail according to Policy 14.1, Inmate Mail.(J.7., 2A-60)

21. Inmates in the Special Management Unit will not be denied access to the inmate grievance process or courts. (J. 9, I.05.)

22. In the event that an inmate spits or attempts to bite an officer, the inmate will be placed in the spit mask for all escorted movement for a period no longer than seven days. The placing supervisor with approval of the Assistant Jail Administrator may remove this precaution prior to seven days. For in pod movements to and from shower, recreation, visits, and phone use the inmate will be required to put on the mask when out of their cell and return it to the officer when they are confined within the shower, their cell, non-contact visit booth, or recreation pen. This precaution will be documented on a Special Management form by the placing supervisor.

23. When safety or security considerations dictate, an inmate's access to programs and services may be restricted or denied and special housing conditions imposed until the risk presented has been mitigated. Upon placement in a specialty-housing unit, the Classification Department may place ongoing restrictions on an inmate's treatment and access to programs and services. When correctional staff deprive or restrict a special management inmate of any usually authorized item or activity, approval of the Shift Commander will be received. A report will be written and forwarded to the Correctional Administrator, Programs Captain, and the Classification Supervisor outlining the reasoning for the restriction. The Correctional Administrator will review the report; adjust the restriction if needed, or take no action if the restriction is appropriate. Staff will be informed of restrictions placed on special management inmates through the Jail Management System Software. (2A-56, 2A-57, 2A-58)

    a. Inmate may request access to the following life skills programming, which may include, by submitting an Inmate Request to the Programs Manager who in coordination with the Chaplain will coordinate the program:

        | Decision Making | Problem Solving | Critical Thinking |
        |---|---|---|
        | Goal Setting | Planning/Organizing | Wise Use of Resources |
        | Record Keeping | Resiliency | Communication Skills |
        | Cooperation | Social Skills | Conflict Resolution |
        | Concern for Others | Empathy | Sharing |
        | Nurturing Relationships | Leadership | Teamwork |
        | Self-Motivation | Self-Responsibility | Character |
        | Self-Discipline | Healthy Lifestyle | Stress Management |
        | Anger Management | Forgiveness | Other… |

    b. Programming may be provided to Special Management Inmates through a variety of means: through the door, in the interview room, or in the non-contact visit booths based off of the inmate's classification and/or status. The inmate's classification and/or status will define security practices to be used.

24. In the event that a Special Management inmate has normally authorized clothing, bedding, visits, hot meals, programs or services removed due to behavior these restrictions will be documented on a Special Management Form and the form posted outside the inmate's door. These restrictions will be coordinated with the Assistant Jail Administrator. Restrictions due to Mental Health recommendation or Suicidal behavior/threat may be lessened by any supervisor with approval of the Assistant Jail Administrator. Restrictions due to behavioral issues i.e. modification of meal service, use of spit mask during moves, loss of pen, etc. will only be returned with prior approval from the Assistant Jail Administrator and the placing supervisor. Restrictions will be reviewed with the Asst. Jail Administrator Mon-Fri.

**B       Supervision of Special Management Inmates**

1. The Shift Commander will inspect the Special Management Unit each shift.

2. Segregated inmates receive daily visits from the Shift Commander, members of the Program Staff upon request, and the health care provider three times per week.(2A-53)

3. The Shift Commander will review, date, and initial the Administrative / Disciplinary Inmate Log for each segregated inmate daily (Form 7.1.B.).

4. Staff will maintain the following information in the Administrative / Disciplinary Segregation Inmate Log (Form 7.1.B.), for each segregated inmate:
   a. Name
   b. Number
   c. Cell number
   d. Date admitted
   e. Infraction or reason for admission
   f. Tentative release date
   g. Special medical or psychiatric problems
   h. Visits by the Shift Commander or Medical Staff
   Note: Classification, Faith Services, Shift Commander and Medical/Mental Health Staff will make an entry into the log outlining: inmate talked to and outline of counseling/treatment.(2A-55)

5. Staff shall at a minimum pat search all inmates moved in or out of Special Management in accordance with post orders.

6. Staff observes special management inmates at least every fifteen minutes on an irregular schedule. All inmate checks will be documented in the officers' log of the JMS to include:
   a. Time of each check;
   b. Officer performing the check;
   c. Result of the check.(2A-52)

7. General Population inmates will not be used for sanitation in the unit, nor will they be permitted to enter the unit for deliveries. Inmates under the direct supervision of Maintenance Staff may enter the unit for maintenance related tasks.

8. The Housing Unit Officer will select and supervise an inmate from the unit to clean daily before lockdown.

9. Maintenance will be provided by the Maintenance Supervisor, Maintenance Worker, or by supervised contract personnel only.

10. Staff operating special management units shall maintain the following information on the Prisoner Daily Activities Sheet for each inmate (Form 7.1.B.2.):
    a. Meals
    b. Razor Use
    c. Showers
    d. Recreation
    e. Library
    f. Laundry exchanges
    This form will be the basis for updating before the end of shift Form 7.1.B.

11. The Shift Commander will only assign staff to supervise special management housing unit posts who have:
    a. Completed a probationary period;
    b. Experience; and
    c. Suitable for working with this population(2A-54)