| POLICY TITLE: Inmate Grievances | | PAGE 1 OF 4 |
|---|---|---|
| POLICY NUMBER: 11.3 | | |
| CHAPTER: 11 Prisoner Rights | | |
| | SOMERSET COUNTY, SOMERSET COUNTY JAIL<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Sheriff<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Jail Administrator | ACA STANDARDS:<br>6B-01<br>MSJ STANDARDS:<br>K.22, K.23 |
| EFFECTIVE DATE:<br>10/1/2008 | LATEST REVISION: | CHECK ONLY IF<br>APA [ ] |

**AUTHORITY:** Pursuant to M.R.S.A. 30-A, Section 1501, the Sheriff adopts this policy for Somerset County Jail.

**CONTENTS:**

| | |
|---|---|
| A | Grievances |
| B | Informal Requests for Remedy |
| C | Administrative Grievance |
| D | Invalid Complaints |
| E | Prison Litigation Reform Act |
| F | Evaluation of Grievance Procedures |

**POLICY:** The Somerset County Jail maintains a grievance process designed to address inmate concerns without fear of reprisal in order to resolve concerns in a timely and objective manner.

**PROCEDURE:**

**A          Grievances (K.22)**

1. A grievance may be initiated by an inmate for an alleged violation of civil, constitutional, or statutory rights; an alleged criminal or prohibited act by a staff member; or to resolve a condition existing within the Jail that creates unsafe or unsanitary living conditions; or to resolve a chronic condition existing within the Jail that contradicts the Maine State Jail Standards. Informal Requests for Remedy must be filed with-in 7 days of the incident.

2. Inmates will not be the subject of retaliation, acts of vengeance, or punishment, by staff or other inmates, for any complaint addressed through the grievance process.

3. Inmates have the responsibility to present their complaint in an honest, straightforward manner, without verbal or written abuse and hostility.

4. Inmates have unrestricted access to file alleged complaints of non-compliance with mandatory standards against the facility with the Maine Department of Corrections, Inspections Division, when a condition or issue is not resolved through the facility grievance process.(K.23)

5. All grievances will be initially entered into the JMS by the Special Projects Captain upon receipt. The officer responsible for responding to the grievance (i.e. Assistant Shift Commander, Shift Commander and Assistant Correctional Administrator) will enter all required information (i.e. findings, responses, date and time etc.) into the JMS.

**B      Informal Requests for Remedy (Level 1)**

1. Inmates must attempt to resolve the grievance informally before proceeding to the Administrative Grievance.

2. Except as noted in 11.3, Informal Requests for Remedy (Form 11.3.B.), are readily available to inmates in every housing unit.

3. Informal Requests for Remedy should be completed within the space available on the form. If more space is needed, the inmate may attach paper to the Informal Request for Remedy. Inmates will not write on the back of the Informal Request for Remedy. One complaint will be heard on each form. All copies of the form must be legible. When the inmate has completed the Informal Request for Remedy, the request will be placed in the locked box located in each housing unit.

4. Informal Requests for Remedy requests will be answered by the on-duty Shift Commander. The Special Projects Officer will pick up the Informal Requests for Remedies, sign and date the request and give the bottom copy of the request to the inmate. The Special Projects Officer will distribute the Requests for Remedies to the Shift Commander on duty.

5. The on-duty Shift Commander will speak to the inmate concerning the complaint in an attempt to achieve a resolution. The Shift Commander will complete a further investigation of the complaint if needed, and enter a written response in the space provided on the form.

6. The original completed Informal Request for Remedy will be forwarded to the Records Supervisor for placement in the inmate's file, one copy will be forwarded to the Correctional Administrator for review and maintained by the Office Administrator, and two copies will be returned to the inmate.

7. Shift Commanders will return completed Informal Requests for Remedies to the inmate within 48 hours of receipt.

**C         Administrative Grievance (Level 2)**

1. Except as noted in 11.3, Administrative Grievances, (Form 11.3.C.), are readily available to inmates in every housing unit.

2. Administrative Grievances must be submitted within two calendar days of receiving the Level 1 response, and must be accompanied by the yellow copy of the Informal Request for Remedy form relating to the complaint. The completed Administrative Grievance will be placed in the locked box located in each housing unit.

3. The Special Projects Officer will pick up the Administrative Grievances, sign and date them and give the bottom copy to the inmate. The Special Projects Officer will give the Administrative Grievances to the Assistant Correctional Administrator.(K.22)

4. Administrative grievances will be processed by the Assistant Correctional Administrator within seven working days of receipt. The Assistant Correctional Administrator will provide the inmate with a written response outlining findings and any action taken regarding the matter.

5. The original completed Administrative Grievance will be placed in the inmate's file, one copy will be returned to the inmate, and one copy will be maintained by the Office Administrator.

6. The determination of the Assistant Correctional Administrator is considered final. No further hearing of the same complaint will be heard.

**D        Invalid Complaints**

1. Complaints will not be accepted and will be returned to the inmate stating the reason for its rejection and will not be answered further under the following conditions:
   a. Complaints made on behalf of another inmate.
   b. Multiple complaints on a single form.
   c. Previous level of resolution not attempted.
   d. Complaints and requests relative to the inmate's court case.
   e. Complaints not submitted within allotted time limits.
   f. Complaints submitted without being signed.
   g. Failing to state the remedy the inmate is seeking.
   h. Complaints that could be best handled on an Inmate Request Form (Form 8.204a).
   i. Using vulgarity or profanity except when used as a direct quote.
   j. Repeated complaints on the same issue.
   k. Frivolous complaints.

**E        Prison Litigation Reform Act**

1. All inmates are advised in the Inmate Handbook that 42 U.S.C. § 1997e(a), as amended by the Prison Litigation Reform Act, provides:

   a. "No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

**F        Evaluation of Grievance Procedures**

1. The Correctional Administrator will annually review the Grievance Process to include:

    a. The Grievance Process complies with local, State, Federal, and case law.
    b. Review of Supervisors' responses to Informal Remedy Requests.
    c. Review Inmate Grievances to ensure the process is administered fairly and as dictated by this policy.