| POLICY TITLE: Emergency Response and Use of Force Training | | PAGE 1 OF 2 |
|---|---|---|
| POLICY NUMBER: 3.4 | | |
| CHAPTER: 3 Training | | |
| [Seal of Somerset County, Maine 1809] | SOMERSET COUNTY, SOMERSET COUNTY JAIL<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Sheriff<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Jail Administrator | ACA STANDARDS:<br>1C-01<br><br>MSJ STANDARDS: |
| EFFECTIVE DATE:<br>10/1/2008 | LATEST REVISION:<br>6/23/11 | CHECK ONLY IF<br>APA [ ] |

AUTHORITY: Pursuant to M.R.S.A. 30-A, Section 1501, the Sheriff adopts this policy for Somerset County Jail.

CONTENTS:
    A    Emergency Training
    B    Evacuation and Emergency Drills
    C    Defensive Tactics / Use of Force Training

POLICY:
The Somerset County Jail has an obligation to protect all individuals within the facility. Training in emergency and use of force procedures insure staff is in a constant state of preparedness for emergencies. Ongoing scheduled drills and incident review assist in updating emergency procedures. Training in defensive tactics and use of force ensure approved tactics and appropriate levels of force are employed.

PROCEDURE:

### A. Emergency Training

1. The Training Department provides instruction and training to employees in emergency plans and procedures.(1C-01)

2. Employees receive emergency training in areas required by the American Correctional Association, the Maine Criminal Justice Academy, Maine Department of Corrections, and local fire and safety codes. Emergency training will cover: (D.1b)
   a. Evacuation Drills
   b. Fire emergencies
   c. Bomb threats / explosions
   d. Riot / disturbance / hostage situations
   e. Use of emergency equipment
   f. CPR / first aid
   g. Infectious disease and blood borne pathogen

3. The Assistant Correctional Administrator or his designee will schedule semiannual emergency drills to ensure proficiency in the execution of emergency plans and procedures.

4. The Correctional Administrator maintains a record and the results of all emergency drills conducted. (Form 3.4A)

5. Employees receive training in the use of emergency equipment issued to them and maintained by SCJ at each assigned post. Equipment may include a hook knife, emergency key sets, personal protective equipment, vehicle equipment, and medical emergency equipment.

6. The Staff Development Specialist reviews all emergency plans and policies annually, and will update training plans prior to providing refresher training

## B. Evacuation and Emergency Drills

1. Emergency and evacuation drills are conducted semiannually to conform to ACA, Maine Department of Corrections, National, State, and Local fire and safety codes. Drills are intended as training. (D.01.b.)

2. Drills are consistent with established emergency policy and procedure, and include all regions of the affected area. All personnel in the affected area must participate fully in drills. Drills will include the evaluation of routes of egress, posted evacuation routes, and ensure that posted evacuation route placards are oriented to the actual room and direction of egress.(D.01.a)

3. Drills are designed to assist employees in developing proficiency of emergency response procedures and use of force situations. Drills will be conducted both manually and electronically to ensure staff is proficient in the use of keys.

4. Emergency drills, whenever possible, involve outside agencies such as fire, local police, and Sheriff's department personnel.

5. The Shift Commander will prepare a report (Form 3 4A) after each emergency drill and submit copies to the Correctional Administrator, Assistant Correctional Administrator, Staff Development Specialist, and any outside agency involved in the drill. The report will contain
   a. The nature of the emergency drill
   b. Date, time, and location of the drill
   c. Personnel participating in the drill and their role
   d. Actions of personnel during the drill
   e. Evaluation of the performance / outcome of the drill
   f. Outside agencies participating in the drill

6. The Shift Commander, Assistant Shift Commander, and Staff Development Specialist will meet with the shift to analyze their performance during the drill. Individual critiques may be discussed privately between the employees, Shift Commander, and Staff Development Specialist.

## C. Defensive Tactics / Use of Force Training

1. All employees and contract personnel with direct inmate contact receive training in defensive tactics and policies governing the use of force

2. Unarmed self-defense tactics are taught in compliance with standards set by the Maine Criminal Justice Academy and may include other techniques authorized by the Administration. This training is conducted in a manner that provides for the safety of staff involved.

3. All levels of force in the continuum, up to and including deadly force, along with SCJ's Use of Force Policy and Procedure are taught during initial, supplemental, and refresher training  Levels of force are covered in policy 8 7.

4. Corrections Staff receive training in cell extraction techniques.

5  Corrections staff authorized in the use of chemical agents receive training in policy, their use, handling, and treatment of individuals exposed during initial, supplemental, and refresher training.

6. Corrections staff authorized to use firearms receive training that meets Maine Criminal Justice Academy Standards prior to being assigned to a post involving the use of such weapons. Firearms training cover the use, safety, care, and constraints on their use. Employees authorized to use firearms will receive training and qualify annually to demonstrate competency. Corrections staff authorized to use less lethal munitions receive training that, at a minimum, meets the manufacturer's recommendations prior to use of such devices.

7. Guidelines for defensive tactics and use of force training are updated annually as part of the Training Plan to ensure relevant information is used.