| POLICY TITLE: Emergency Response-Barricaded Prisoner(s) | PAGE 1 OF 2 |
|---|---|
| POLICY NUMBER: 4.13 | Confidential Policy |
| CHAPTER: 4 Emergency Management and Response | |
| SOMERSET COUNTY, SOMERSET COUNTY JAIL<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Sheriff<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Jail Administrator | ACA STANDARDS:<br><br>MSJ STANDARDS: |
| EFFECTIVE DATE:<br>10/1/2008 | LATEST REVISION: | CHECK ONLY IF APA [ ] |

AUTHORITY:  Pursuant to M.R.S.A. 30-A, Section 1501, the Sheriff adopts this policy for Somerset County Jail.

CONTENTS:
- A   Discovering Officer
- B   Central Control
- C   Assistant Shift Commander
- D   Shift Commander

POLICY:   Immediate and appropriate response to emergencies contributes to the safety of the public and facility.

PROCEDURE:

A   Discovering Officer:

1. In the event an inmate barricades him/herself in a cell/area of the jail the Discovering Officer will:
   a. Notify Central Control of:
      1) The location of the incident.
      2) Number of inmates involved.
      3) If weapons are involved.
   b. Try to find out why the inmate is barricaded.
   c. Monitor the inmate for his/her safety.
   d. Follow any/all directives given by the Shift Commander.
   e. Write a report at the completion of the incident and forward it to the Shift Commander.

B   Central Control:

1. The Central Control Officer will notify the Shift Commander and Assistant Shift Commander of the incident.

2. The Central Control Officer will assume the role of Incident Recorder and begin a log that will contain:
   a. The time the incident began.
   b. The location of the incident.
   c. If weapons are involved.
   d. The time the Extraction/CERT was activated by the Shift Commander (If needed).
   e. The time the Extraction/CERT acted.

Somerset County Jail Policy and Procedure 4.13.  Emergency Response-Barricaded Prisoner

    f.    Any assistance summoned to the jail.

**C**    **Assistant Shift Commander:**

1. Upon being notified of a barricaded inmate, the Assistant Shift Commander will:
2. Respond to the scene.
3. Secure a perimeter.
4. Speak with the inmate and attempt to resolve the incident peacefully. <span style="color:gray">[**Comment [A1]:** How is the I.C. communicating with the inmate? Intercom…?? Or maybe have Asst. Shift Commander (on scene) communicate…]</span>
5. If the inmate complies:
    a. Secure the inmate and escort him/her out of the unit.
    b. Place the inmate in pre-hearing detention pending review by the Shift Commander
    c. Secure the scene for the preservation of evidence if the incident needs investigation for prosecution of charges.
    d. Direct all involved employees to write a report at the completion of the incident
6. Begin a log that will contain:
    a. The time the incident began.
    b. The time a perimeter was set.
    c. Identification of involved inmates.
    d. The time and identification of persons admitted to or removed from the secure perimeter.

**D**    **Shift Commander:**

1. Upon being notified of a barricaded inmate within the Somerset County Jail the Shift Commander will:
    a. Respond to Central Control and assume command as the Incident Commander.
    b. Receive information from the discovering officer.
    c. Evaluate the situation looking for any weapons the inmate may have.
    d. If the inmate refuses to comply, the Shift Commander will:
        1) Form an extraction team with on-duty personnel.
        2) Ensure the pre-extraction briefing, the extraction itself, and the post extraction debriefing and all movements are recorded on video.
        3) Ensure the inmate receives medical attention if needed. The inmate will be referred to Medical Staff if not on duty and the need for immediate medical treatment is not needed. The inmate will be transported for medical treatment at the hospital if immediate treatment is needed and medical staff is not available.
        4) Collect and forward all reports to the Classification Department and the Assistant Correctional Administrator of the jail.
    e. If the Extraction Team is unable to resolve the situation then the Shift Commander will notify the Jail Administrator or Sheriff for permission to activate the CERT and/or call in extra staff.