| POLICY TITLE:  Emergency Response-Hunger or Medication Strike | PAGE 1 OF 3 |
|---|---|
| POLICY NUMBER: 4.18 | Confidential Policy |
| CHAPTER: Emergency Management and Response | |
| SOMERSET COUNTY, SOMERSET COUNTY JAIL<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Sheriff<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Jail Administrator | ACA STANDARDS:<br><br>MSJ STANDARDS: |
| EFFECTIVE DATE:<br>10/1/02008 | LATEST REVISION: | CHECK ONLY IF<br>APA [   ] |

**AUTHORITY:** Pursuant to M.R.S.A. 30-A, Section 1501, the Sheriff adopts this policy for Somerset County Jail.

**CONTENTS:**   A   Hunger Strikes
                B   Medication Strikes

**POLICY:**   Although a hunger or medication strike by inmates poses no immediate security threat, there is the possibility of a hunger strike escalating into a riot situation, and the lack of certain types of medication turning normally passive inmates into violent, unpredictable ones.

**PROCEDURE:**

**A   Hunger Strikes:**

1. When an inmate or group of inmates participates in a hunger strike (3 or more consecutive meals), the discovering officer will:
   a. Approach the inmate to ascertain the reason for not eating, encouraging the inmate to eat and offering other options for resolving issues cited.
   b. Document the inmate's refusal to eat and the reasons in the daily activity log.
   c. Contact the Assistant Shift Supervisor via radio.  Upon making contact with the Assistant Shift Supervisor, inform them that the inmate is not eating and any reasons specified.

2. The Assistant Shift Supervisor will proceed to the housing unit and speak with the inmate to ascertain the intent of the inmate.
   a. If the inmate declares a hunger strike, the Assistant Shift Supervisor will attempt to get a written statement from the inmate indicating such along with the reasons for the hunger strike.
   b. The Assistant Shift Supervisor will notify the Medical Provider to evaluate and document the inmate's current medical condition, which, at a minimum, will include:
      1) A preliminary physical on the offender to establish a physiological and physical baseline.
      2) An evaluation of current medications (if any) and monitor consumption of medications and the effect of such on a system absent of nourishment.

3. The Housing Unit Officer will monitor and document the inmate's behavior during the hunger strike recording such, including the food and liquid intake of the inmate, in the log and in the inmate's Behavior Management Form (Form 8.1.C)

4. The Medical Provider will monitor the inmate on a daily basis and perform minimum physical assessments such as blood pressure, pulse, respirations, weight, dehydration, etc. The inmate's health care will be coordinated between the Medical Provider and the Correctional Administrator; decisions concerning the inmate's health care will be the responsibility of the Medical Provider, and the Correctional Administrator will be responsible for decisions concerning security and custody.

5. If the inmate's behavior becomes a risk to him/herself or the safety and security of the facility:
   a. The Housing Unit Officer will notify the Shift Supervisor and the Medical Provider.
   b. The Housing Unit Officer will secure the inmate in his/her cell, if necessary.
   c. The Shift Supervisor will go to the Housing Unit and:
      1) Decide whether to place the inmate on a suicide preventative watch. (See Policy 12.17, Procedure E:, Suicide Prevention).
      2) Decide whether the inmate should be moved to more secure housing.
      3) Contact the Mental Health Provider to evaluate the inmate's mental state and provide suggestions for continued care.

6. When an inmate has not eaten a meal for four consecutive days, the inmate shall be transferred to a special management cell for close observation, danger to self criteria. The Medical Provider will determine the time, if necessary, when the striking inmate is placed in an acute medical care cell. If the inmate is transferred to an acute medical care cell, the Shift Supervisor will assign an officer to the Medical Unit to observe the inmate at least every 15 minutes recording the results in the officer's log.

   **Comment [c1]:** Is there a Documented Checks form? That would be placed in the inmate's file...

7. If necessary and with the advisement of the Medical Provider, the Correctional Administrator will seek a court order to force treatment in opposition to the inmate's desire.
   a. Treatment will be conducted at the jail unless otherwise directed by the Medical Provider.
   b. Inmates on a hunger strike who are transported to the hospital will be supervised and restrained at all times in accordance with Policy 8.5. Transportation of Inmates.

B   Medication Strike:

1. The Medical Provider will monitor inmates who refuse medications, particularly those that are prescribed to stabilize behavior and/or life threatening health conditions. When an inmate refuses medication for three (3) consecutive medication calls, or an officer discovers an inmate has been hoarding his/her medication, the Medical Provider will be notified.

2. The Medical Provider will review the inmate's medical record and assess the inmate, including a direct interview with the inmate in an effort to ascertain the reason for not taking the prescribed medication.

3. The Medical Provider will monitor the inmate on a daily basis. The inmate's health care will be coordinated between the Medical Provider and the Correctional Administrator, and, if applicable, the Mental Health Care Provider; decisions concerning the inmate's health care will be the responsibility of the Medical Provider , and the Correctional Administrator will be responsible for decisions in regard to security and custody.

4.  The Housing Unit Officer will monitor and document the inmate's behavior during the medication strike recording such in the Housing Unit Officer's log of the JMS and in the inmate's Behavior Management Form (Form 8.1.C).

5.  When, as determined by the Medical Provider, the inmate has placed himself/herself at risk of serious physical harm by refusing to take medication, the inmate shall be transferred to a special management cell for close observation, danger to self criteria. The Medical Provider will determine the time, if necessary, when the striking inmate is placed in an acute medical care cell. If the inmate is transferred to an acute medical care cell, the Shift Supervisor will assign an officer to the Medical Unit to observe the inmate at least every 15 minutes recording the results in the officer's log of the JMS. **Comment [c2]:** Documented Checks Form?

6.  If necessary and with the advisement of the Medical Provider, the Correctional Administrator will seek a court order to force treatment in opposition to the inmate's desire.
    a.  Treatment will be conducted at the jail unless otherwise directed by the Medical Provider.
    b.  Inmates on a medication strike who are transported to the hospital will be supervised and restrained at all times in accordance with Policy 8.5 Transportation of Inmates.

Somerset County Jail
## HUNGER STRIKE LOG

**INMATES NAME:**   DOB:   TIME:   **STAFF COMMENTS**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Form 4.18.A