| POLICY TITLE: Emergency Response-Physical Altercations | PAGE 1 OF 2 |
|---|---|
| POLICY NUMBER: 4.21 | Confidential Policy |
| CHAPTER: 4 Emergency Management and Response | |
| SOMERSET COUNTY, SOMERSET COUNTY JAIL  Approved by: ---- Original Signed --------------------  Signature of Sheriff  Approved by: ---- Original Signed --------------------  Signature of Jail Administrator | ACA STANDARDS:  MSJ STANDARDS: |
| EFFECTIVE DATE: 10/1/2008 | LATEST REVISION: | CHECK ONLY IF APA [ ] |

AUTHORITY: Pursuant to M.R.S.A. 30-A, Section 1501, the Sheriff adopts this policy for Somerset County Jail.

CONTENTS:   A   Discovering Officer
            B   Responding Officer
            C   Assistant Shift Commander
            D   Central Control

POLICY: Immediate and appropriate response to emergencies contributes to the safety of the public and facility.

PROCEDURE:

A   Discovering Officer:

1. If a physical altercation occurs within the Somerset County Jail staff will:
   a. If the altercation occurs in a housing unit, order all inmates in the area to lockdown.
   b. If the altercation occurs outside the housing unit, order all inmates to move away from the incident and stand facing the wall.
   c. Notify Central Control for back up (10-74 Officer Needs Assistance), either by radio or by activating his/her "Man Down" alarm.
   d. The officer will issue verbal commands to the involved inmates to cease and observe the actions of involved inmates, while continuing to supervise uninvolved inmates.
   e. Assess the situation carefully. If assistance is unable to respond quickly, the officer may intervene in the altercation. Factors to consider when deciding on intervention may include:
      1) Perceived risk of injury to the officer
      2) Number of combatants
      3) Size of combatants
      4) Involvement of weapons
      5) Location of other inmates
      6) Attitude of other inmates in the area
      7) Known assault history of inmates
      8) Risk of serious injury to any person
      9) Risk of injury if the officer does not intervene

Somerset County Jail Policy and Procedure 4.21. Emergency Response-Physical Altercations

       10) Time until back up arrives
       11) Threat of escalation by involvement/non-involvement
       12) Threat of involvement of other inmates
       13) Impact / reaction of non-participant inmates if the officer becomes involved
  f. If the officer elects to intervene, s/he will follow policy 8.7, Use of Force.
  g. At the completion of the incident, write a report and forward it to the Shift Commander.

**B**    **Responding Officers:**

1. Responding officers will:
   a. Give clear verbal commands for involved inmates to cease aggressive actions.
   b. Physically control inmates, placing them in handcuffs if verbal commands fail. Officers will comply with policy 8.7, Use of Force
   c. Assist the Housing Unit Officer in securing uninvolved inmates, after pat search.
   d. At the direction of the Shift Commander, move involved inmates to Medical or Pre-hearing detention.
   e. At the completion of the incident, write a report and forward it to the Shift Commander outlining actions and observations made.

**C**    **Asst. Shift Commander:**

1. The Asst. Shift Commander will respond to all physical altercations within the jail and:
   a. Assume command as Scene Commander
   b. Asses the situation
   c. Determine what actions are needed to quell the situation
   d. Assist if necessary
   e. Document injuries as a result of the incident.
   f. Keep involved inmates separate once the incident is under control.
   g. Offer medical attention to involved injured persons.

2. At the completion of the incident the Asst. Shift Commander will conduct an investigation, forwarding his finding to the Correctional Administrator and Assistant Correctional Administrator, to determine:
   a. What, if any disciplinary actions are to be taken.
   b. The event or activities that led to the altercation.
   c. If criminal prosecution is recommended.
   d. Any other pertinent information.

3. The Asst. Shift Commander will collect and forward all reports to the Correctional Administrator and Assistant Correctional Administrator.

**D**    **Central Control:**

1. Upon being notified of a physical altercation within the jail, Central Control will:
   a. Recall the 10-74 over the radio, giving the location officers need to respond.
   b. If the man down system is activated, assess where the activated radio should be located and call a 10-74 to that location.
   c. Call for a facility lockdown and initiate a Signal 1000.
   d. Notify the Shift Commander of the situation via the jail radio system.
   e. Maintain a log of the incident which will contain:
      1) The time the incident was reported.
      2) The location of the incident.

        3)    Any aid summoned to the jail.
        4)    The time the incident was resolved.
  f.    Monitor radio traffic, communicating additional information to the Shift Commander.
  g.    Bring the camera in the area of the incident up on the monitor and record actions.