| POLICY TITLE: Classification | PAGE 1 OF 7 |
|---|---|
| POLICY NUMBER: 6.1 | |
| CHAPTER: 6 Classification | |
| SOMERSET COUNTY, SOMERSET COUNTY JAIL<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Sheriff<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Jail Administrator | ACA STANDARDS:<br>2A-30<br>MSJ STANDARDS:<br>F.11, G.1 - G.8 |
| EFFECTIVE DATE:<br>10/1/2008 | LATEST REVISION:<br>8-12-10 | CHECK ONLY<br>IF APA [   ] |

**AUTHORITY:** Pursuant to M.R.S.A. 30-A, Section 1501, the Sheriff adopts this policy for Somerset County Jail.

**CONTENTS:**
- A     Classification System
- B     Classification Criteria
- C     Inmate Separations
- D     Classification and Custody Assessment
- E     Levels of Custody
- F     Inmate Identification Cards

**POLICY:** SCJ operates a classification system that emphasizes consistency and fairness based on objective, verifiable inmate characteristics and is designed to provide inmates incentives to improve behavior while encouraging personal development, in order to enhance the safety and security of the inmates, staff, facility, and the community. The classification system utilizes an integrated Jail Management system to identify population trends and needs. (C.01)

**PROCEDURE:**

**A     Classification System (G.04)**

1. The Classification Supervisor develops and implements an inmate classification system approved by the Correctional Administrator that complies with Maine's Standards for Jails, ACA Standards, and applicable Federal and State law.

2. The Classification Supervisor will be trained in classification theory and techniques, and is responsible for the administration of classifications procedures. (G.1)

3. The Programs Manager will designate two staff members to assist in classifying inmates.

4. An objective classification system is accomplished by completion of all phases of the classification system, which includes an inmate interview conducted by classification staff. This system will include completion of the following:

Somerset County Jail Policy and Procedure 6.1. Classification

      a. Initial Housing Assessment within IMC
      b. Classification Interview and Assessment within the IMC
      c. Inmate Orientation check list within IMC
      d. Classification Review within the IMC

5. Should the IMC become inoperative, "hard copies" of the classification system will be used and are located in the Classification Supervisor's Office. The Classification Supervisor will ensure all information is entered into the IMC when it comes back on line.

6. The Classification System is completed in three phases. (G.8) (F.11)
   a. Phase One:
      1) Initial Housing Assessment- completed by the Booking Officer as part of the booking process, typically within four hours unless exigent circumstances cause delays (e.g., intoxicated inmate, sudden influx of admissions, staff shortages, etc.). Where delays occur, this will be documented in an incident report.
   b. Phase Two:
      1) Classification Interview/Assessment- completed by the Classification Department within 72 hours of the inmate's incarceration.
   c. Phase Three:
      1) Classification Review- completed by the Classification Department (as defined in 6.4: Classification/Custody Reviews).

7. The Classification system and process is reviewed annually by the Programs Manager and may be revised and updated if necessary.

8. Classification staff will describe in writing the basis for all classification decisions.

**B**    **Classification Criteria**

1. Staff makes decisions related to the classification of inmates and selection of housing assignments without discriminatory bias regarding race, gender, color, creed, age, national origin, political, religious belief, or economic status. (G.5)

2. The following categories of inmates are managed and housed separately within SCJ
   a. Males and Females (H.1)
   b. Weekender, program release, trustees, and general work force inmates (excluding housing unit work force) from general population inmates, whenever possible.
   c. Inmates requiring segregation and/or medical observation from general population inmates.

3. Inmates with special management concerns receive special attention for their needs, may be designated as special management, and will be managed separately from the general population as necessary for their safety and that of other inmates and staff. Examples of inmates with special management concerns may include:
   a. Inmates experiencing withdrawal,
   b. Inmates with special mental health needs,
   c. Physically handicapped individuals who require added attention not provided in general population,

   d. Those with contagious diseases,
   e. Inmates experiencing uncontrollable violent or self-destructive behavior

4. In determining each inmate's classification, custody level, housing assignment, and program needs, Classification Staff consider the following criteria: (G.4, 2A-30)
   a. Sex
   b. Age
   c. Nature of offense/charge/sentence
   d. Criminal history
   e. Escape history
   f. History of assaults
   g. Institutional disciplinary history
   h. Substance Abuse
   i. Prior suicidal history and behavior
   j. Mental and emotional stability
   k. Medical status
   l. Inmate separations/enemies
   m. Participation in programs and services
   n. Current behavior and attitude
   o. Employment history
   p. Education
   q. Community resources and ties

**C    Inmate Separations**

1. Situations may require that inmates be kept separate from each other. The Shift Commander will segregate inmates needing separation using the least restrictive housing available (another General Population Unit etc.) documenting the separated housing in the IMC. The Classification Supervisor with input from: Shift Commanders, courts, Investigator, verified information from inmate, and other sources as appropriate will document separations in IMC.

2. Where it is deemed unfeasible to safely house two separated inmates in the SCJ, attempts will be made to house one of the inmates at another facility. Decisions regarding boarding inmates for separation purposes will be made by the Correctional Administrator upon request from the Shift Commander, Programs Manager or Classification Supervisor.

3. When the District Attorney's office or a law enforcement officer requests that an inmate be separated from another, the Booking Officer and Shift Commander will ensure such request is met. The Shift Commander will inform the Classification Supervisor of the Inmate Separation Request.

4. In the event inmates are co-defendants wishing to collaborate on their case, and separations have been placed on them by the District Attorneys Office or law enforcement personnel, the inmate will be responsible for contacting the District Attorney's Office or the Judge with jurisdiction in their case to receive a decision regarding the matter. This is typically handled through the inmate's attorney.

5. The Classification Department maintains an accurate, up-to-date list of separations and ensures that it is entered into IMC so that all staff is aware of them.

Somerset County Jail Policy and Procedure 6.1. Classification

6. Separations are reviewed by the Classification Department at least every 10 days to ensure there is still legitimate need to continue the separation.

**D    Classification and Custody Assessment**

1. The Booking Officer will complete the Initial Housing Assessment for all inmates committed and unable to make bail. The Booking Officer will assign the inmate to Orientation or special housing based on the inmate's security, physical and mental health needs, as well as all known relevant information. This will be completed as part of the booking process. (F.11)

2. The Classification Department completes phase two of the classification assessment within 72 hours of admission. (G.08)

3. Classification staff will attempt to verify, if necessary, information collected during the classification interview through the inmate's family, employer, criminal records, or professional persons / agencies.

    a. The Classification Officer will inform the person or agency contacted for verification:
        1) His/her title;
        2) That s/he is a representative of the Somerset County Jail;
        3) The reason s/he is calling.
    b. All information received from a person or agency regarding the verification of information will be noted in the classification section of the IMC.

4. The Classification Supervisor shall have the ability to override an inmate's classification, if circumstances exist that pose a threat to the safety/security of the facility, staff, visitor, or the inmate.

5. All overrides shall be noted in the IMC by the Classification Supervisor including the reason for the override.

6. Upon completion of the classification assessment, the Shift Commander will ensure that the inmate will be housed according to his/her custody level as stated in policy 6.2 Housing Assignments.

7. The Classification Supervisor will inform the inmate in writing of: (G.6) (G.7)
    a. His/her classification assignment;
    b. What their classification assignment means; and
    c. His/her right to appeal their classification assignment to the Assistant Jail Administrator.

8. Classifications will be reviewed as stated in policy 6.4, Classification/Custody Reviews.

**E    Levels of Custody(G.03)**

1. Through classification, inmates are assigned a Custody Level meeting not only the inmate's need, but also the security needs of the facility.

2. The following custody levels can be assigned to inmates housed in Somerset County Jail, (G.2)
    a. Maximum Security:
        1) Characteristics:  An inmate which indicates a real and present risk to the security of the jail, who is violent, has a history of violent crime, or behavior that poses a significant risk to staff, inmates, visitors or the public.  Inmates may be assigned to maximum security if there is history of escapes or attempted escapes.
        2) Scale:  Inmates classified as maximum security will have a verified score of which ranges between 0 and 12 point on the classification scale.
        3) Supervision:  Inmates classified as Maximum Security will be observed by staff at least every 15 minutes (see policy 8.2, Supervision and Post Operations).
        4) Programs/Services:  Inmates classified as Maximum Security shall have access to programs on an individual basis and services as approved by the Programs Manager.
        5) Housing:  Maximum Security inmates will be housed in either Male Maximum Security Housing Unit or Women's Unit Segregation Cell(s).
        6) Work Assignments:  No work assignments will be given beyond those necessary for sanitation and hygiene.
        7) Visitation:  Maximum Security inmates will be eligible for Non-Contact visits only.
        8) Inmate Movement:  Maximum Security inmates shall be escorted, in restraints, for all internal and external movement outside of the inmate's cell.

    b. Medium Security:
        1) Characteristics:  An inmate which indicates a potential risk to the security of the jail, when the inmate's behavior needs to be controlled through supervision, but does not pos a high risk or threat to the safety or staff, inmates, or the public.
        2) Scale:  Inmates classified as Medium Security must have a verified score which ranges between 13 and 22 points on the classification scale.
        3) Supervision:  Inmates classified as Medium Security will be observed by staff at least every 30 minutes (see policy 8.2, Supervision and Post Operations).
        4) Programs/Services:  Inmates classified Medium Security shall have access to programs on a group basis and services as approved by the Programs Manager.
        5) Housing: Inmates classified as Medium Security by the Classification Department will be housed as follows, unless circumstances exist requiring the inmate to be segregated. (I.e., Medical/Mental Health, Disciplinary issues, Protective Custody.):  Males will start in E Pod and progress to D Pod Male General Population Units and Female in the Women's Unit.
        6) Work Assignments:  Medium Security Inmates may be granted work assignments inside of the jail at the discretion of the housing unit officer and/or the Programs Supervisor.

      7) Visitation: Medium Security inmates will be eligible for Contact and Non-Contact visits.
      8) Inmate Movement: Medium Security inmates shall be escorted, in restraints, for all movement outside of the secure perimeter. The only exception to this is when Medium Security Maintenance Workers are directly supervised performing jobs on the jail grounds. Medium Security inmate may be allowed to move unescorted within the secure perimeter of the facility. Medium Security inmates considered initial housing, special management or protective custody will be escorted at all times when moving outside of their designated housing unit.

c. Minimum Security:
      1) Characteristics: An inmate that does not pose a risk to staff, inmates, or the public, and is not considered an escape risk or other security risk.
      2) Scale: Inmates classified as minimum security must have a verified score which ranges between 23 and above on the classification scale.
      3) Supervision: Inmates classified as Minimum Security will be observed by staff in accordance with the Housing Unit or Area Post Orders but at least every 60 minutes (see policy 8.2, Supervision and Post Operations).
      4) Programs/Services: Minimum Security inmates shall have access to programs on a group basis and services as approved by the Programs Manager.
      5) Housing: Males in either D Pod General Population or if an outside trustee in the Work Force Unit. Females will be housed in the Women's Unit.
      6) Work Assignments: Minimum Security Inmates will be granted work assignments throughout the facility at the discretion of the Programs Supervisor.
      7) Visitation: Minimum Security inmates will be eligible for Contact and Non-Contact visits
      8) Inmate Movement: Minimum Security inmates may be allowed to move unescorted and unrestrained inside and outside of the secure perimeter for the purpose of inmate labor and furlough activities. Minimum Security inmates considered initial housing, special management or protective custody will be escorted at all times when moving outside of their designated housing unit.

d. Community Based:
      1) Characteristics: Community based inmates are minimum-security inmates with no history of violent behavior or escapes or attempted escapes that are actively participating in programs as recommended by the Programs Manager. Inmates need to have completed at least 10 days of their sentence before being considered for Community based programs.
      2) Scale: Classified as Minimum.
      3) Supervision: Community Based inmates will be supervised as stated for minimum security inmates.
      4) Programs/Services: Community Based inmates shall have the same access to programs/services as Minimum Security inmates.
      5) Housing: Community Based inmates will be housed: Male Work Force Unit or Women's Unit.

      6) Work Assignments: Community Based Inmates will be granted work assignments throughout the facility and in the community under supervision at the discretion of the Programs Supervisor.
      7) Visitation: Community Based inmates will be eligible for Contact and Non-Contact visits
      8) Inmate Movement: Community Based inmates may be allowed to move unescorted and unrestrained inside and outside of the secure perimeter for the purpose of inmate labor and furlough activities.

e. Trustees:
      1) Characteristics: Trustees are minimum-security inmates with no history of violent behavior or escapes or attempted escapes that are actively participating in programs as recommended by the Programs Manager and who have been approved by the Sheriff. Inmates need to have completed at least 10 days of their sentence before being considered for Trustee status.
      2) Scale: Classified as Minimum.
      3) Supervision: Trustee inmates will be supervised as defined by the Sheriff but generally dropped off at their individual work sites and picked up at the end of the work day by Jail Staff. Designated Points of Contact at Trustee work areas will monitor trustee's work in much the same manner of any employee. Trustees will be limited to their designated work areas.
      4) Programs/Services: Trustee inmates shall have the same access to programs/services as Minimum Security inmates.
      5) Housing: Trustee inmates will be housed: Male Work Force Unit or Women's Unit.
      6) Work Assignments: Trustee Inmates will be granted work assignments in the community under limited/intermittent supervision at the discretion of the Sheriff.
      7) Visitation: Trustee inmates will be eligible for Contact and Non-Contact visits
      8) Inmate Movement: Trustee inmates may be allowed to move unescorted and unrestrained inside and outside of the secure perimeter for the purpose of inmate labor and furlough activities.

f. Special Management:
      1) A special management inmate is an inmate that needs to be segregated from general population due to a medical or mental health problem that requires closer observation and inmates on administrative segregation or disciplinary segregation status.
      2) Special Management inmates will be observed as stated by the medical department but at least every 15 minutes.
      3) Special Management inmates shall have access to programs/services as approved by the Programs Manager.
      4) Special Management inmates shall be housed according to the individual inmate's security/needs.

**F**    **Inmate Identification Cards**

1. The Booking Officer will prepare 2 identification cards on all inmates unable to make bond, and that are processed into the jail for housing based upon the initial classification assessment.

2. ID cards will be worn by inmates at all times while out of their assigned cell. ID cards will be displayed on the chest area, with the picture visible, and not covered by coats, shirts, or in pockets.

3. Damaging an ID card is a rule violation. In the event an inmate destroys their ID Card, the discovering Officer will write a disciplinary report and forward it to the Shift Commander. Inmates are responsible for their ID cards and will be charged a $5.00 replacement fee if the card is determined by a supervisor to be damaged or defaced to the point of being unusable. If the Classification Department is not available, the Booking Officer will replace the ID Card.

4. When an inmate's classification status changes, the Classification Department will arrange to have the inmate's ID Card tag changed.