| POLICY TITLE: Disciplinary Segregation | | PAGE 1 OF 3 |
|---|---|---|
| POLICY NUMBER: 7.3 | | |
| CHAPTER: Special Management Prisoners | | |
| [Seal of Somerset County, Maine 1809] | SOMERSET COUNTY, SOMERSET COUNTY JAIL<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Sheriff<br><br>Approved by: ---- Original Signed --------------------<br>Signature of Jail Administrator | ACA STANDARDS:<br>2A-47& 65<br><br>MSJ STANDARDS:<br>C.06 |
| EFFECTIVE DATE:<br>10-1-2008 | LATEST REVISION:<br>2-9-09 | CHECK ONLY IF<br>APA [ ] |

**AUTHORITY:** Pursuant to M.R.S.A. 30-A, Section 1501, the Sheriff adopts this policy for Somerset County Jail.

**CONTENTS:**

- A   Authority to Place
- B   Criteria for Placement
- C   Orientation to Unit
- D   Conditions of Disciplinary Segregation
- E   Review of Status
- F   Releases from Disciplinary Segregation

**POLICY:**   The Somerset County Jail provides specialized housing for inmates who have committed violations of facility rules in order that the consequences of an inmate's behavior are not diminished.

**PROCEDURE:**

**A   Authority to Place**

1. The Disciplinary Hearing Officer shall have the sole authority to place an inmate in Disciplinary Segregation as dictated in policy 10.1 Inmate Discipline.

**B   Criteria for Placement**

1. Inmates may be placed in Disciplinary Segregation only after being found guilty of a major rule violation or offense and as a result of a disciplinary hearing. Inmates are placed in Disciplinary Segregation in accordance with Policy 10.1: Inmate Discipline. (I.05,2A-47)

2. A written report will be completed by the Disciplinary Officer on all inmates held in Disciplinary Segregation stating the length of time the inmate is to remain in disciplinary status. After the inmate is released from segregation, the report will be maintained in the individual inmate's record and IMC. At a minimum, this report will include:
    a. Date and time inmate is placed in Disciplinary Segregation;
    b. Name of the Disciplinary Hearing Officer reviewing and authorizing placement in Disciplinary Segregation;

    c.    The behavior, reason, and/or justification for placing the inmate into Disciplinary Segregation (C.06)

## C    Orientation to Unit

1. The Housing Unit Officer will conduct an orientation of the unit in accordance with Policy 6.3: Orientation.

2. The Housing Unit Officer will provide an orientation of the Disciplinary Segregation Unit to each inmate housed in the unit at the time of their arrival. For female inmates, the orientation will be conducted in the female segregation housing area. The orientation will include;
    a. Completion of Inmate Occupancy Form 9.2.D(2);
    b. Explanation of the visit schedule;
    c. Explanation of recreation, phone usage and library privileges;
    d. Hygiene expectations and procedures;
    e. Laundry Procedures;
    f. Explanation of the sick call procedures;
    g. Review of the sanction imposed by Disciplinary Committee;
    h. Personal items allowed in the housing unit.

3. The Housing Unit Officer will search the property of all incoming inmates and remove items considered contraband and/or not authorized for inmates housed in Disciplinary Segregation. Contraband discovered during the property search shall be handled in accordance with Policy 8.1 Evidence and Contraband. Unauthorized property will be inventoried in the JMS and placed in the inmate's property bag.

4. ~~4.~~ Only the items listed below are authorized in Disciplinary Segregation:
    1) Hygiene items
    2) Reading materials
    3) Legal materials
    4) Writing material for legal and personal correspondence
    5) Personal mail
    6) Items prescribed and authorized by the medical provider to be kept in the cell

## D    Conditions of Disciplinary Segregation

1. Unless otherwise indicated, Policy 7.1 Special Management Inmates applies to inmates housed in Disciplinary Segregation.

2. Inmates in Disciplinary Segregation are allowed limited telephone privileges consisting of telephone calls related specifically to access to the judicial process and family emergencies as determined by the Correctional Administrator, Assistant Correctional Administrator or Shift Commander. (2A-65)

3. Disciplinary Segregation inmates are escorted at all times when outside the housing unit by a Correctional Officer. (8.4 Internal Movement)

## E    Review of Status

1. Inmates placed in Disciplinary Segregation will have their classification status reviewed within 72 hours of being placed in segregation by the Classification Supervisor.

2. Upon reporting for post duty, the Housing Unit Officer shall review the disciplinary records to ascertain which, if any, inmates are scheduled for release from Disciplinary Segregation during his/her tour of duty.

3. The Housing Unit Officer shall notify the Shift Supervisor of any pending releases and request that they review the inmates' status and confirm releases from Disciplinary Segregation.

4. The Shift Commander shall review the individual inmate disciplinary records to confirm that there are no additional sanctions requiring Disciplinary Segregation before authorizing release from Disciplinary Segregation.

**F     Releases from Disciplinary Segregation**

1. A written report will be completed by the Disciplinary Officer on all inmates held in Disciplinary Segregation stating the length of time the inmate is to remain in disciplinary status.

2. An inmate will be released from Disciplinary Segregation upon completion of Disciplinary Segregation time or as the result of an appeal.

3. When an inmate is released from Disciplinary Segregation, the date, time, and reasons for release will be documented by the Shift Commander in the Administrative / Disciplinary Segregation Inmate Log (Form 7.1.B.) and IMC.  The inmate's face sheet will be printed and placed into the inmate's file by the releasing Shift Commander.  (C.6, C.7)

4. Inmates released from Disciplinary Segregation will be assigned housing according to policy 8.4 Inmate Cell / Housing Moves.

5. The Housing Unit Officer responsible for Disciplinary Segregation will ensure that allowable property previously taken from the inmate is returned when the inmate is released to other housing.