UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| JAMES STILE, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | 2:14-cv-00406-JAW |
| CUMBERLAND COUNTY SHERIFF, et al., | ) | |
| Defendants. | ) | |
| JAMES STILE, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:13-cv-00248-JAW |
| SOMERSET COUNTY, et al., | ) | |
| Defendant. | ) | |

**ORDER ON MOTION FOR JUDICIAL INTERVENTION**

On October 30, 2017, James Stile filed a letter motion with the Court in these two cases, asking this Judge to contact the Federal Correctional Institution at Fort Dix, New Jersey, where Mr. Stile is incarcerated, and "discuss the responsibilities that [he has] to the Court, my[]self, the seven attorneys and the sixty-some odd Defendants and others associated to this litigation." *Mot. for Judicial Intervention* at 1 (ECF No. 462 – 1:13-cv-00248-JAW); (ECF No. 209 – 2:14-cv-00406-JAW)). Mr. Stile contends that the Federal Bureau of Prisons is obstructing his ability to prosecute his civil actions, *id.*, and he asks this Judge to intervene.

The Court DENIES James Stile's Motion for Judicial Intervention (ECF No. 462 – 1:13-cv-00248-JAW); (ECF No. 209 – 2:14-cv-00406-JAW). For this Court to intervene on behalf of a litigant in the fashion proposed by Mr. Stile would be highly inappropriate and would violate several provisions of the Code of Conduct for United States Judges.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 31st day of October, 2017